# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2023 KW 0289

VERSUS

DEMETRI ROBINSON                                      **MAY 25, 2023**

---

In Re:     Demetri Robinson, applying for supervisory writs, 18th
           Judicial District Court, Parish of West Baton Rouge,
           No. 113281.

---

**BEFORE:     GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the motion to correct an illegal sentence filed with the district court, the bill of information, the commitment order, all pertinent minute entries and/or transcripts, particularly the 2018 resentencing hearing transcript, and any other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

JMG
EW
SMM

COURT OF APPEAL, FIRST CIRCUIT

_Dana S. Bui_
DEPUTY CLERK OF COURT
FOR THE COURT